UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SYLINIA JACKSON, ON BEHALF OF HERSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>MARINER WEALTH ADVISORS, LLC,<br><br>Defendant. | ECF CASE<br><br>No.: 1:22-cv-08437<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

      Plaintiff(s), SYLINIA JACKSON, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action with prejudice and without fees and costs against Defendant, MARINER WEALTH ADVISORS, LLC.

Dated: New York, New York
       February 22, 2023

**GOTTLIEB & ASSOCIATES**

s/Dana L. Gottlieb
Dana L. Gottlieb, Esq (DG-6151)
Jeffrey M. Gottlieb, Esq. (JG-7905)
150 East 18th Street
Suite PHR
150 East 18th Street
New York, New York 10003
(212)879-0240
Attorneys for Plaintiffs

SO ORDERED:

_____
United States District Court Judge